# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MATTHEW CARAPELLUCCI,
KIMBERLY GRIFFIN,
ROBERT JOYCE, JANICE JUDD,
JASON MCNAMARA,
KAREN POISSON, and
GARIN WORTH, ET AL.
Plaintiffs

v.

TOWN OF TEWKSBURY,
Defendant

C.A. No. 14-cv-13787-ADB

---

## AGREED FINAL JUDGMENT

This matter came before the Court on the Joint Motion of Plaintiffs Matthew Carapellucci, Kimberly Griffin, Robert Joyce, Janice Judd, Jason McNamara, Karen Poisson, Garin Worth, Lauren Mackey-Beaulieu, Joseph Newton, Christine Cicero, and Jason Gage (collectively "Plaintiffs"), and Defendant Town of Tewksbury (the "Town") to approve an Agreement for Judgment filed with the Court. The Court approves the Agreement for Judgment and directs the entry of the following Final Judgment:

1.      Plaintiffs are entitled to, and the Town shall pay to them, compensation based on the number of hours each employee actually worked a regularly scheduled of tour of duty between January 1, 2012 and January 15, 2015, which resulted in their working in excess of 40 hours during any work week, to the extent that the employees were not paid overtime or premium portions of their regularly hourly rate for working said hours. Plaintiffs shall also be paid an

amount equal to double (or liquidated) damages based on the premium portion of the compensation owed.

2.      Plaintiffs' Counsel, Daniel Rice, is entitled to, and the Town shall pay to him, $30,000 representing his legal fees and costs in connection with this matter.  Apart from the $30,000 sum set forth herein payable to Attorney Rice, the parties hereto shall otherwise bear their own costs and fees.

3.      All parties shall waive all rights of appeal.

4.      This shall be deemed a Final Judgment within the meaning of M.G.L. c. 44, §31, and Fed. R. Civ. Pro. Rules 58 and 54(a).


Entered this 27th day of June              , 2016



        /s/ Allison D. Burroughs,

        Federal District Court Justice

        District of Massachusetts